IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ACUITY,

    Plaintiff,

vs.

MARK STEINBERG, *et al.*,

    Defendants.

Case No.: 1:12-CV-188

Judge Timothy S. Black

## CONDITIONAL ORDER OF DISMISSAL

The Court having been notified by the Plaintiff that this case settled on January 10, 2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 1/11/13

*Timothy S. Black*
Timothy S. Black
United States District Judge